IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEAN C. MCKELROY                                              PLAINTIFF

        v.              Civil No. 05-4064

CAMDEN MEDICAL SUPPLY, INC. d/b/a
MARSHALL HOME MEDICAL
EQUIPMENT AND RESPIRATORY
and/or d/b/a MARSHALLS HOME
MEDICAL EQUIPMENT AND
RESPIRATORY; ROTECH HEALTHCARE,
INC.; SUNRISE MEDICAL, INC.; SUNRISE
MEDICAL HHG, INC.; SUNRISE MEDICAL
HOLDINGS, INC,; GUARDIAN
PRODUCTS, INC.; JOHN DOE 1; JOHN
DOE 2; and JOHN DOE 3                                         DEFENDANTS

## ORDER

NOW on this 12th day of December, 2005, the above referenced matter comes on for this Court's consideration of **Plaintiff's Motion to Non-Suit Guardian Products, Inc. Without Prejudice Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure** (document #38). The Court, being well and sufficiently advised that Guardian Products, Inc. has no objection, finds that the motion should be **granted** and that **Guardian Products, Inc. is dismissed without prejudice.**

**IT IS SO ORDERED**.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE