IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEAN C. McKELROY                                              PLAINTIFF

VS.                          CASE NO. 05-4064

CAMDEN MEDICAL SUPPLY, INC.,
et al.                                                        DEFENDANTS

**ORDER**

Currently before the Court are Defendants Sunrise Medical, Inc.'s and Sunrise Medical, HHG, Inc.'s **Motions to Quash Notice of Deposition Duces Tecum of the Corporate Designee and Motions for Protective Orders (Docs. 47, 49).** The Court, being well and sufficiently advised, finds that the motions should be **GRANTED IN PART** and **DENIED IN PART**. The Court finds and orders as follows with respect thereto:

1. To the extent the motions seek to quash the notice of deposition, the motions are **DENIED AS MOOT**, as plaintiff states in her response to the motions that the notices will be withdrawn and that the deposition will be rescheduled to a date agreeable to all counsel.

2. In the motions, defendants also seek a protective order directing that the deposition of the corporate designee be taken by telephone or other electronic means. Plaintiff states that this may be a viable option, depending upon whether it will be necessary to present the walker at issue to the corporate designee and have him answer questions about it. Defendants' motions are **GRANTED** to

the extent that a protective order is hereby entered requiring the deposition of the corporate designee to be taken by telephone or other electronic means.  Should plaintiff thereafter believe that it is necessary to further depose the designee in person, he may file a motion seeking relief from the protective order.

IT IS SO ORDERED this 12th day of January 2006.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE