```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  TEXARKANA DIVISION
```

JEAN C. McKELROY                                        PLAINTIFF

VS.                       CASE NO. 05-4064

CAMDEN MEDICAL SUPPLY, INC.,
et al.                                                 DEFENDANTS

## O R D E R

Currently before the Court is Plaintiff's **Notice of Withdrawal of Motion to Compel More Specific Disclosures, Discovery Responses and for Sanctions (Doc. 59)**. Upon due consideration, the **Motion to Compel (Doc. 44)** is ordered **WITHDRAWN**.

IT IS SO ORDERED this 25th day of January 2006.

> **/s/JIMM LARRY HENDREN**
> **JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**