IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEAN C. MCKELROY     PLAINTIFF

V.     NO. 05-4064

CAMDEN MEDICAL SUPPLY, INC., ET AL     DEFENDANTS

### AGREED ORDER ALTERING CIVIL TRIAL SCHEDULING ORDER OF OCTOBER 31, 2005

On this 17 day of Feb., 2006, the undersigned counsel in an effort to resolve certain discovery issues did hereby stipulate and agree that the Civil Trial Scheduling Order of the Court entered October 31, 2005 would be altered, upon permission of the Court to include the following:

General discovery will close per the original Order on May 30, 2006. Plaintiff will make initial disclosures for experts intended to testify at trial on June 9, 2006. Defendants will make initial disclosures for experts intended to testify at trial on July 7, 2006. Plaintiff will submit rebuttal expert disclosures by July 17, 2006. Plaintiff may not name an additional expert for rebuttal testimony unless Defendants have disclosed a trial expert in a field not covered by Plaintiff's Initial Disclosures. Discovery in the form of trial or discovery depositions of experts may occur between July 10, 2006 and August 11, 2006.

**APPROVED:**

_____
Robert T. Veon, Esq. (SBN 91264)
VEON & ENGLAND, LLP
Attorneys for Plaintiff

_____
Roger A. Glasgow, Esq. (SBN 69027)
WRIGHT, LINDSEY & JENNINGS, LLP
Attorneys for Sunrise Medical, Inc.; Sunrise Medical HHG, Inc.; and Sunrise Holdings, Inc.

_____
John S. Cherry, Jr., Esq. (SBN 66012)
BARBER, McCASKILL, JONES & HALE, P.A.
Attorneys for Camden Medical Supply, Inc. d/b/a Marshalls Home Medical Equipment and Respiratory and/or d/b/a Marshalls Home Medical Equipment and Respiratory and Rotech Healthcare, Inc.

**APPROVED:**

_____
JUDGE JIMM LARRY HENDREN

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 27 2006

CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK