```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    TEXARKANA DIVISION
```

JEAN C. McKELROY                                              PLAINTIFF

VS.                           CASE NO. 05-4064

CAMDEN MEDICAL SUPPLY, INC.,
et al.                                                       DEFENDANTS

## O R D E R

Currently before the Court is plaintiff's **Motion for Protective Order (Doc. 90)**. Plaintiff's counsel has advised the Court that the matters at issue have been resolved. Accordingly, the motion is **DENIED** as moot.

IT IS SO ORDERED this 16th day of May 2006.

>                          /s/Jimm Larry Hendren
>                          JIMM LARRY HENDREN
>                          UNITED STATES DISTRICT JUDGE