IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEAN C. McKELROY                                              PLAINTIFF

VS.                         CASE NO. 05-4064

CAMDEN MEDICAL SUPPLY, INC.,
et al.                                                       DEFENDANTS

## ORDER

NOW on this 7th day of June, 2006, the above referenced matter comes on for this Court's consideration. The Court reviewed the pleadings of the parties and conducted a telephone conference call with counsel for all parties on June 6, 2006. For the reasons given during the telephone conference call, the Court finds and orders as follows:

1. **Plaintiff's Motion to Compel More Specific Disclosures and Discovery Responses of Sunrise Medical, Inc. and Sunrise Medical HHG, Inc. (Doc. 79)** is **DENIED**.

2. **Plaintiff's Motion to Strike Objections and Compel More Specific Answers to Interrogatories and Responses to Requests to Produce of Camden Medical Supply, Inc. and Rotech Healthcare, Inc. (Doc. 81)** is **DENIED**.

3. Defendants are advised that if they locate any new information or records relating to the subject walker that would be responsive to plaintiff's previously submitted discovery requests, defendants should immediately provide such information/records to plaintiff.

4. If the Court denies defendants' pending motions for summary judgment on plaintiff's punitive damages claim (Docs. 67, 72) and if it appears to the Court at that juncture that plaintiff has made out a prima facie case for punitive damages, the Court will issue a sua sponte order compelling defendants to respond to plaintiff's previously submitted discovery requests concerning defendants' financial data.

5. **Plaintiff's Motion for Leave to File Amended Complaint (Doc. 102) is DENIED.**

6. By stipulation of the parties, plaintiff's counsel will provide defendants with an updated medical authorization form and defense counsel will advise plaintiff's counsel of the medical facilities from whom updated records will be requested.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE